UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                                :
UNITED STATES OF AMERICA        :   **INFORMATION**
                                :
            - v. -              :   22 Cr.
                                :
JOSEPH FUCCI, JR.,              :
                                :
            Defendant.          :
                                :
- - - - - - - - - - - - - - - x

## COUNT ONE
### (Conspiracy to Distribute Narcotics)

The United States Attorney charges:

1. From at least in or about May 2021 to in or about August 2021, in the Southern District of New York and elsewhere, JOSEPH FUCCI, JR., the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2. It was part and an object of the conspiracy that JOSEPH FUCCI, JR., the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3. The controlled substance that JOSEPH FUCCI, JR., the defendant, conspired to distribute and possess with intent to

distribute 50 grams and more mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

4.  As a result of committing the offense alleged in Count One of this Information, JOSEPH FUCCI, JR., the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offense and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

## SUBSTITUTE ASSET PROVISION

5.  If any of the above-described forfeitable property, as a result of any act or omission of JOSEPH FUCCI, JR., the defendant:

    a.  cannot be located upon the exercise of due diligence;

    b.  has been transferred or sold to, or deposited with, a third party;

    c.  has been placed beyond the jurisdiction of the

          court;

        d.    has been substantially diminished in value; or

        e.    has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property described above.

        (Title 21, United States Code, Section 853.)


*[signature]*
DAMIAN WILLIAMS
United States Attorney
Southern District of New York

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOSEPH FUCCI, JR.,

Defendant.

**INFORMATION**

22 Cr.

(21 U.S.C. § 846.)

DAMIAN WILLIAMS
United States Attorney