UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
UNITED STATES OF AMERICA            :
                                    :  **ORDER**
v.                                  :
                                    :  22 CR 598 (VB)
JOSEPH FUCCI,                       :
         Defendant.                 :
--------------------------------------------------------x

      By Order dated December 29, 2023, the Court reappointed Domenick J. Porco, Esq., as CJA counsel for defendant Joseph Fucci for the purpose of investigating and pursuing a possible motion for reduction of sentence pursuant to Amendment 821 to the Sentencing Guidelines. On January 12, 2024, the Probation Department issued a supplemental presentence investigation report concluding defendant is eligible for such a sentence reduction under the "status points" portion of Amendment 821, which amends Section 4A1.1(e) of the Guidelines.

      Accordingly, by no later than February 6, 2024, defendant may make an appropriate motion pursuant to 18 U.S.C. § 3582(c)(2) and Section 1B1.10 of the Guidelines. By no later than February 27, 2024, the government shall file a response.

      The motion will be resolved on the parties' written submissions, unless otherwise ordered by the Court.

Dated: January 16, 2024
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge