UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
====================================X
THE UNITED STATES OF AMERICA

    -against-

JOSEPH FUCCI,

                  Defendant.
====================================X

**REDACTED/FILED BY ECF**

**NOTICE OF MOTION**

22 CR 598 (VB)

S I R :

    PLEASE TAKE NOTICE that upon the annexed declaration of DOMENICK J. PORCO, ESQ., counsel for the defendant herein, and the exhibits attached thereto, the Court is hereby moved for an ORDER pursuant to 18 U.S.C. § 3582(c)(2) and Section 1B1.10 of the Sentencing Guidelines, reducing the sentence of imprisonment imposed on the defendant on April 5, 2023 by virtue of the retroactive amendment of § 4A1.1(e) of the Guidelines.

Dated: January 31, 2024

TO: CLERK OF THE COURT

    By e-mail: JENNIFER N. ONG, AUSA

        HON. VINCENT L. BRICCETTI, USDJ
                (courtesy copy)

Yours, etc.,

DOMENICK J. PORCO, ESQ.
Attorney for Defendant
571 White Plains Road
Eastchester, N.Y. 10709
(91) 725-6000
djporcolaw@gmail.com