Jamaal Webb  
3150 Horton Rd  
Fort Worth, TX 76119

January 22, 2024

Reference to: Joseph Fucci

To Whom It May Concern,

   I would like to introduce myself as Jamaal Webb, working in the position of Material Handler Supervisor. Mr. Fucci has worked for me for the past six months here at Federal Medical Center in Fort Worth.

   I am writing this letter on behalf of Joseph Fucci. In his time working for me he has proven to be of fine and responsible character. He has worked as my commissary warehouse receiving clerk where he has accurately received millions of dollars of inventory yearly.

   Mr. Fucci has confessed to me of serious lack of judgement he exhibited and expressed both remorse and a strong desire to correct the poor decisions he made early on in life. As his supervisor over the past six months, I have personally seen him grow and mature both spiritually and mentally. I believe Mr. Fucci has every intention of improving since, he has already taken classes while here at Federal Medical Center in Fort Worth to help him make better decisions when he is released back into society. Regardless of the challenges he will face, I have confidence that Joseph Fucci will develop the new skills needed to avoid making such a poor decision again. I believe he can be a valuable figure to his community. He has said wants to be able to speak to youth of his community and help end this cycle of school to prison that has continued for years.

   Mr. Fucci has thus far shown to a steadfast and resolute demeanor in moving past his previous mistakes in a constructive and successful manner. It is my hope this letter regarding Joseph Fucci will act as a positive and contributing factor when the court considers this matter.

Sincerely,

Jamaal Webb