To whom it may concern,

      This letter is regarding Mr. Joseph Fucci. Mr. Fucci was incarcerated at Putnam Conty Correctinal Facility starting June 2021 to February 2023. I was employed by the Putnam County Sheriffs Office as a Corrections Officer starting November 2020 to October 2023 and since leaving, I've taken an Active-Duty Air Force position.

During Mr. Fuccis period at Putnam, he was a worker and completed multiple details throughout the facility. Mr. Fucci swept and mopped the floors of the entire facility hallways on nightly basis. Occasionally he would use a high-powered buffer to polish the floors as well. Lastly, he was assigned to painting hallways and housing units. Mr. Fuccis assigned work and attention to detail assisted in maintaining facility upkeeping.

I was assigned to the housing unit Mr. Fucci was on majority of my working days. He was one of the very few individuals I could go to if I needed information of how the unit is doing and if there's potential conflicts, I should be aware of so it can be reported. Furthermore, Mr. Fucci was somebody I saw that attracted a lot of other individuals for mentoring during their time as well. He would also stick up for individuals that would get bullied because they knew that individual wouldn't do anything and could be taken advantage of.

Lastly, Mr. Fucci was very personable to Officers, staff and other incarcerated individuals. For someone in those circumstances being incarcerated for x amount years he never took it out on others for his past mistakes. Mr. Fucci always has a positive mindset for what his future holds and that's to become successful and impact people in a positive way when he comes into the civilian population.

                                                                                      Sincerely, David M. DelDuco